No. 16,104.

PUEBLO CONSERVANCY DISTRICT *v.* FLORMAN MANU-
FACTURING COMPANY.
(210 P. [2d] 616)

Decided July 11, 1949.   Rehearing Denied October 10, 1949.

Mr. CHARLES M. ROSE, for plaintiff in error.

Mr. JACK JENKINS, Mr. V. G. SEAVY, for defendant in error.

*En Banc.*

MR. CHIEF JUSTICE HILLIARD delivered the opinion of the court.

EXCEPT that this action is by a different plaintiff, involves other property, and varies as to dates, it parallels *Pueblo Conservancy District v. Moore,* 120 Colo. 287, 210 P. (2d) 614, decided this day. On the authority thereof, and for life reasons, the judgment here is affirmed.

MR. JUSTICE JACKSON, MR. JUSTICE STONE and MR. JUSTICE HAYS dissent.